[No. 45432-3-I.   Division One.   October 9, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTWANE D. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-00966-1, Janice Niemi, J., entered October 8, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45379-3-I.   Division One.   October 9, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO EUGENE RHODES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-02708-8, John M. Darrah, J., entered September 21, 1999. *Reversed* by unpublished per curiam opinion.

[No. 45057-3-I.   Division One.   October 9, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN HARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-00905-5, Michael J. Trickey, J., entered July 15, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44435-2-I.   Division One.   October 9, 2000.]

MARSHALL D. COOPER, ET AL., *Appellants*, v. PICKENPAUGH & ASSOCIATES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 97-2-00779-1, John M. Meyer, J., entered March 1, 1999. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Webster and Appelwick, JJ.